UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ZAGEL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 339 |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE GILBERT** |
| | ) | |
| | ) | Violations: Title 18, United States |
| DAVID STELMACHOWSKI and | ) | Code, Section 371; Title 21, United |
| WILLIAM MIKAITIS | ) | States Code, Sections 331(k), 333(a)(2), |
| | ) | 353(b)(1), 841, 843, and 846 |

**FILED**
12-3-15
DEC 0 3 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>COUNT ONE</u>

The SPECIAL JANUARY 2015 GRAND JURY charges:

1. At times material to this Indictment:

    a. Defendant WILLIAM MIKAITIS was a physician licensed to practice medicine in the State of Illinois.

    b. Defendant DAVID STELMACHOWSKI's address was a P. O. Box in Westmont, Illinois.

    c. The prescription drugs Oxycodone and Amphetamine Salt Combo, both Schedule II Controlled Substances, were drugs held for sale following their shipment in interstate commerce.

    d. The United States Food and Drug Administration was the federal agency charged with the responsibility of protecting the health and safety of the American public by enforcing the Federal Food, Drug, and Cosmetic Act (the "FDCA.") One purpose of the FDCA was to ensure that drugs sold for use by humans were safe, effective, and bore labeling containing only true and accurate information. The FDA's responsibilities under the FDCA included regulating the manufacture,

labeling, and distribution of all drugs, including prescription drugs, and drug components shipped or received in interstate commerce.

    e.    Under the FDCA, the term "drug" included articles that: (1) were intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man; or (2) were intended to affect the structure or any function of the body of man.

    f.    Pursuant to the FDCA, some drugs intended for use by humans could be dispensed only upon the valid prescription of a practitioner licensed by law to administer such drugs. Such drugs were known as "prescription drugs." "Prescription drugs" were those drugs which, because of their toxicity and other potential harmful effects, were not safe for use except under the supervision of a practitioner licensed by law to administer such drugs. A drug was also a "prescription drug" if the FDA required it to be administered under the supervision of a practitioner licensed by law to administer such drug as a condition of the FDA's approval of the drug.

    g.    Under the FDCA, dispensing a prescription drug without a valid prescription by a licensed practitioner was deemed to be an act that resulted in the drug being misbranded while held for sale. The FDCA prohibited doing any act that caused a drug to be misbranded while held for sale after shipment in interstate commerce.

    2.    Beginning no later than in or about January 2010 and continuing to in or about July 2013, at Lockport, in the Northern District of Illinois, Eastern Division, and elsewhere,

2

DAVID STELMACHOWSKI and
WILLIAM MIKAITIS,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to commit an offense against the United States, namely, with intent to defraud or mislead, to dispense and cause to be dispensed quantities of prescription drugs, namely Oxycodone and Amphetamine Salt Combo, in that these prescription drugs were dispensed without a valid prescription, an act that resulted in the drugs being misbranded while held for sale after shipment in interstate commerce, and that act resulted in the drugs being misbranded, in violation of Title 21, United States Code, Sections 353(b)(1), 331(k) and 333(a)(2).

Method and Means of the Conspiracy

3. It was part of the conspiracy that:

a. Defendant MIKAITIS issued over 500 prescriptions to defendant STELMACHOWSKI for Oxycodone and Amphetamine Salt Combo (Adderall) tablets without a performing a thorough physical examination or ordering medical tests on defendant STELMACHOWSKI.

b. Defendant STELMACHOWSKI filled written prescriptions for approximately 37,000 pills or tablets of Oxycodone and Amphetamine Salt Combo at 80 different Chicago-area pharmacy locations to avoid attracting undue attention to the number of prescriptions and pills prescribed by defendant MIKAITIS.

c. Defendant MIKAITIS failed to monitor defendant STELMACHOWSKI's usage of Oxycodone and Amphetamine Salt Combo pills.

d. Defendant MIKAITIS and defendant STELMACHOWSKI misrepresented, concealed and hid, and caused to be misrepresented, concealed and hidden, the purposes and acts done in furtherance of the conspiracy.

Overt Acts

4. Defendants MIKAITIS and STELMACHOWSKI committed and caused to be committed the following overt acts, among other acts, in the Northern District of Illinois, and elsewhere, to effect the object of the conspiracy:

a. In August 2010, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
| --- | --- | --- |
| 08/06/2010 | 100 30mg Oxycodone Pills | Osco – Riverside |
| 08/06/2010 | 40 40mg OxyContin Pills | Osco – Riverside |
| 08/10/2010 | 40 80mg OxyContin Pills | Osco – Riverside |
| 08/13/2010 | 40 40mg OxyContin Pills | Osco – Countryside |
| 08/16/2010 | 49 80mg OxyContin Pills | Osco – Riverside |
| 08/16/2010 | 14 20mg Amphetamine Salt Combo | Osco – Riverside |
| 08/18/2010 | 30 80mg Oxycodone Pills | Osco – Riverside |
| 08/24/2010 | 4 20mg Amphetamine Salt Combo | Osco – Countryside |
| 08/24/2010 | 12 80mg Oxycodone Pills | Osco – Countryside |
| 08/24/2010 | 10 40mg OxyContin Pills | Osco – Countryside |
| 08/27/2010 | 30 80mg OxyContin Pills | Osco – Countryside |
| 08/27/2010 | 30 40mg Oxycodone Pills | Osco – Countryside |
| 08/28/2010 | 4 20mg Amphetamine Salt Combo | Osco – Countryside |
| 08/29/2010 | 25 40mg Oxycodone Pills | Osco – Countryside |
| 08/30/2010 | 186 40mg OxyContin Pills | Osco – Countryside |

| 08/30/2010 | 166 80mg OxyContin Pills | Osco – Countryside |
| 08/31/2010 | 90 30mg Oxycodone Pills | Osco – Countryside |
| 08/31/2010 | 60 20mg Amphetamine Salt Combo | Osco – Countryside |

b. In September 2011, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 09/06/2011 | 20 80mg Oxycodone Pills | Osco – Minooka |
| 09/06/2011 | 30 20mg Amphetamine Salt Combo | Osco - Countryside |
| 09/06/2011 | 240 30mg Oxycodone Pills | Osco – Countryside |
| 09/12/2011 | 120 30mg Oxycodone Pills | Osco – Countryside |
| 09/16/2011 | 240 30mg Oxycodone Pills | Osco – Countryside |
| 09/16/2011 | 20 20mg Amphetamine Salt Combo | Osco – Countryside |
| 09/19/2011 | 5 80mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 09/21/2011 | 2 80mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 09/22/2011 | 40 30mg Oxycodone Pills | Osco – Countryside |
| 09/23/2011 | 10 80mg Oxycodone Pills | Osco – Buffalo Grove |
| 09/23/2011 | 15 20mg Amphetamine Salt Combo | Osco – Buffalo Grove |
| 09/24/2011 | 80 30mg Oxycodone Pills | Osco – Buffalo Grove |
| 09/25/2011 | 10 80mg Oxycodone Pills | Osco – Buffalo Grove |
| 09/27/2011 | 40 30mg Oxycodone Pills | Osco – Woodridge |
| 09/29/2011 | 180 30mg Oxycodone Pills | Osco – Countryside |

5

c. In December 2011, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 12/01/2011 | 100 30mg Oxycodone Pills | Osco – Countryside |
| 12/05/2011 | 100 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 12/06/2011 | 3 20mg Amphetamine Salt Combo | Osco – Countryside |
| 12/07/2011 | 100 30mg Oxycodone Pills | Osco – Countryside |
| 12/07/2011 | 6 20mg Amphetamine Salt Combo | Osco – Countryside |
| 12/08/2011 | 100 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 12/09/2011 | 12 20mg Amphetamine Salt Combo | Osco – Countryside |
| 12/10/2011 | 100 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 12/12/2011 | 250 30mg Oxycodone Pills | Osco – Countryside |
| 12/13/2011 | 20 20mg Amphetamine Salt Combo | Osco – Countryside |
| 12/17/2011 | 150 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 12/18/2011 | 12 20mg Amphetamine Salt Combo | Osco – Countryside |
| 12/22/2011 | 180 30mg Oxycodone Pills | Osco – Countryside |
| 12/22/2011 | 38 20 mg Amphetamine Salt Combo | Osco – Countryside |
| 12/24/2011 | 140 30mg Oxycodone Pills | Walgreens – Villa Park |
| 12/28/2011 | 60 30mg Oxycodone Pills | Osco – Countryside |
| 12/31/2011 | 10 80mg Oxycodone Pills | Walgreens – Libertyville |

d.      In January 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 01/01/2012 | 140 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/03/2012 | 200 30mg Oxycodone Pills | Osco – Countryside |
| 01/03/2012 | 30 20 mg Amphetamine Salt Combo | Osco – Countryside |
| 01/06/2012 | 35 80mg Oxycodone Pills | Walgreens- Waukegan |
| 01/08/2012 | 100 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/10/2012 | 240 30mg Oxycodone Pills | Osco – Countryside |
| 01/13/2012 | 140 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/14/2012 | 31 80mg Oxycodone Pills | Walgreens – Waukegan |
| 01/17/2012 | 40 20 mg Amphetamine Salt Combo | Osco - Countryside |
| 01/19/2012 | 140 30mg Oxycodone Pills | Osco – Countryside |
| 01/21/2012 | 140 30 mg Oxycodone Pills | Walgreens – Villa Park |
| 01/24/2012 | 140 30mg Oxycodone Pills | Osco – Clarendon Hills |
| 01/26/2012 | 48 40 mg Oxycodone Pills | Walgreens – Elgin |
| 01/30/2012 | 140 30mg Oxycodone Pills | Walgreens – Villa Park |

e.      In March 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

7

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 03/03/2012 | 180 30 mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 03/05/2012 | 30 20mg Amphetamine Salt Combo | Walgreens - Lyons |
| 03/10/2012 | 9 80mg Oxycodone Pills | Walgreens - Aurora |
| 03/11/2012 | 110 30 mg Oxycodone Pills | Walgreens – Aurora |
| 03/13/2012 | 180 30 mg Oxycodone Pills | Osco – Countryside |
| 03/17/2012 | 38 20mg Amphetamine Salt Combo | CVS – North Riverside |
| 03/20/2012 | 140 30 mg Oxycodone Pills | Walgreens- Villa Park |
| 03/23/2012 | 140 30 mg Oxycodone Pills | Osco – Countryside |
| 03/31/2012 | 30 20mg Amphetamine Salt Combo | CVS – North Riverside |

    f. In May 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 05/01/2012 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 05/07/2012 | 180 30mg Oxycodone Pills | Osco – Countryside |
| 05/11/2012 | 180 30mg Oxycodone Pills | Walgreens – Villa Park |
| 05/12/2012 | 6 20mg Amphetamine Salt Combo | Walgreens – River Forest |
| 05/15/2012 | 30 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 05/18/2012 | 30 40mg Oxycodone Pills | Walgreens – Stickney |
| 05/21/2012 | 100 30mg Oxycodone Pills | Osco – Countryside |
| 05/23/2012 | 220 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 05/28/2012 | 25 40mg Oxycodone Pills | Walgreens – Oak Brook |
| 05/29/2012 | 180 30mg Oxycodone Pills | Osco – Countryside |
| 05/29/2012 | 40 20mg Amphetamine Salt Combo | Walgreens – Plainfield Road, Willowbrook |

g. In August 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
| --- | --- | --- |
| 08/02/2012 | 40 20mg Amphetamine Salt Combo | Walgreens – Willowbrook, |
| 08/05/2012 | 20 40mg OxyContin Pills | Osco – Countryside |
| 08/09/2012 | 8 80mg Oxycodone Pills | Osco – Countryside |
| 08/09/2012 | 240 30mg Oxycodone Pills | Osco - Countryside |
| 08/12/2012 | 8 80mg OxyContin Pills | Osco – Countryside |
| 08/15/2012 | 140 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park, |
| 08/24/2012 | 12 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 08/24/2012 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 08/25/2012 | 8 80mg OxyContin Pills | Osco – Countryside |
| 08/27/2012 | 10 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 08/28/2012 | 30 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 08/28/2012 | 200 30mg Oxycodone Pills | Walgreens – River Forest |

h. In September 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
| --- | --- | --- |
| 09/02/2012 | 10 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 09/03/2012 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 09/11/2012 | 8 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 09/11/2012 | 120 30mg Oxycodone Pills | Walgreens –River Forest |
| 09/11/2012 | 8 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 09/16/2012 | 30 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |

| | | |
|---|---|---|
| 09/21/2012 | 240 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 09/26/2012 | 30 20mg Amphetamine Salt Combo | Walgreens – Highland, Indiana |

   i. In October 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 10/02/2012 | 140 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 10/05/2012 | 220 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 10/10/2012 | 7 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 10/16/2012 | 40 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 10/16/2012 | 220 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 10/22/2012 | 130 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |

   j. In November 2012, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 11/06/2012 | 52 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 11/06/2012 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 11/14/2012 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 11/18/2012 | 10 80mg OxyContin Pills | Walgreens – River Forest |
| 11/23/2012 | 240 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 11/23/2012 | 17 20mg Amphetamine Salt Combo | Walgreens – St. Charles Road, Villa Park |
| 11/29/2012 | 230 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |

k. In January 2013, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 01/03/2013 | 4 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/08/2013 | 240 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/09/2013 | 240 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 01/15/2013 | 20 20mg Amphetamine Salt Combo | Walgreens – Cicero |
| 01/15/2013 | 160 30mg Oxycodone Pills | Walgreens – Cicero |
| 01/28/2013 | 220 30mg Oxycodone Pills | Walgreens – Cicero |

l. In March 2013, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
|---|---|---|
| 03/04/2013 | 240 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 03/11/2013 | 40 15mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 03/11/2013 | 40 20mg Amphetamine Salt Combo | Walgreens – Roosevelt Road, Villa Park |
| 03/11/2013 | 3 80mg OxyContin Pills | Walgreens – Roosevelt Road, Villa Park |
| 03/18/2013 | 180 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 03/23/2013 | 120 30mg Oxycodone Pills | Walgreens – River Forest |
| 03/26/2013 | 30 20mg Amphetamine Salt Combo | Walgreens – Niles |
| 03/27/2013 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |

11

m. In April 2013, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
| --- | --- | --- |
| 04/05/2013 | 180 30mg Oxycodone Pills | Walgreens – St. Charles Road, Villa Park |
| 04/10/2013 | 180 30mg Oxycodone Pills | Walgreens – Cicero |
| 04/22/2013 | 160 30mg Oxycodone Pills | Walgreens – Westmont |
| 04/30/2013 | 200 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |

n. In June 2013, STELMACHOWSKI filled and caused to be filled the following written prescriptions issued by MIKAITIS at different pharmacy locations as shown below:

| DATE FILLED | DRUGS | PHARMACY |
| --- | --- | --- |
| 06/03/2013 | 220 30mg Oxycodone Pills | Walgreens – Roosevelt Road, Villa Park |
| 06/06/2013 | 30 20mg Amphetamine Salt Combo | Walgreens – Willowbrook |
| 06/08/2013 | 25 40mg OxyContin Pills | Walgreens – Lyons |
| 06/15/2013 | 162 30mg Oxycodone Pills | Walgreens – North Ave, Chicago |
| 06/19/2013 | 30 20mg Amphetamine Salt Combo | Walgreens – Westmont |
| 06/19/2013 | 240 30mg Oxycodone Pills | Walgreens – Westmont |
| 06/28/2013 | 180 30mg Oxycodone Pills | Walgreens – Hickory Hills |

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

Beginning no later than in or about January 2010 and continuing to in or about July 2013, at Lockport, in the Northern District of Illinois, Eastern Division, and elsewhere,

>WILLIAM MIKAITIS and
>DAVID STELMACHOWSKI,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally acquire and obtain possession of a controlled substance, namely a quantity of a mixture and substance containing Oxycodone, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing Amphetamine Salt Combo, also known as Adderall, a Schedule II Controlled Substance, by misrepresentation, fraud, and deception, in violation of Title 21, United States Code, Section 843(a)(3);

In violation of Title 21, United States Code, Section 846.

## COUNTS THREE - TEN

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about the dates listed below, at Lockport, in the Northern District of Illinois, Eastern Division, and elsewhere,

WILLIAM MIKAITIS,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing the Schedule II Controlled Substance listed below, outside the scope of professional practice and without a legitimate medical purpose, each such instance being a separate Count of this Indictment:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 3 | 12/12/2011 | 250 30mg Oxycodone Pills |
| 4 | 01/10/2012 | 240 30mg Oxycodone Pills |
| 5 | 10/16/2012 | 220 30mg Oxycodone Pills |
| 6 | 11/23/2012 | 240 30mg Oxycodone Pills |
| 7 | 12/15/2012 | 240 30mg Oxycodone Pills |
| 8 | 01/09/2013 | 240 30mg Oxycodone Pills |
| 9 | 06/03/2013 | 220 30mg Oxycodone Pills |
| 10 | 06/19/2013 | 240 30mg Oxycodone Pills |

In violation of Title 21, United States Code, Section 841(a).

## COUNTS ELEVEN – EIGHTEEN

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about the dates listed below, at Lockport, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID STELMACHOWSKI,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing the Schedule II Controlled Substance listed below, each such instance being a separate Count of this Indictment:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 11 | 12/12/2011 | 250 30mg Oxycodone Pills |
| 12 | 01/10/2012 | 240 30mg Oxycodone Pills |
| 13 | 10/16/2012 | 220 30mg Oxycodone Pills |
| 14 | 11/23/2012 | 240 30mg Oxycodone Pills |
| 15 | 12/15/2012 | 240 30mg Oxycodone Pills |
| 16 | 01/09/2013 | 240 30mg Oxycodone Pills |
| 17 | 06/03/2013 | 220 30mg Oxycodone Pills |
| 18 | 06/19/2013 | 240 30mg Oxycodone Pills |

In violation of Title 21, United States Code, Section 841(a).

## COUNTS NINETEEN – TWENTY-FIVE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about the dates listed below, at Lockport, in the Northern District of Illinois, Eastern Division, and elsewhere,

## WILLIAM MIKAITIS,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing the Schedule II Controlled Substance listed below, outside the scope of professional practice and without a legitimate medical purpose, each such instance being a separate Count of this Indictment:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 19 | 05/15/2013 | 60 30mg Oxycodone Pills |
| 20 | 06/27/2013 | 90 30mg Oxycodone Pills |
| 21 | 07/16/2013 | 90 30mg Oxycodone Pills |
| 22 | 08/08/2013 | 120 30mg Oxycodone Pills |
| 23 | 08/15/2013 | 120 30mg Oxycodone Pills |
| 24 | 11/14/2013 | 180 30mg Oxycodone Pills |
| 25 | 12/09/2014 | 180 30mg Oxycodone Pills |

In violation of Title 21, United States Code, Section 841(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY