13 GJ 834

15

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *(signature)* |
|---|---|---|---|
| **CASE NUMBER** | 15-CR-00339 | **DATE** | 03 DECEMBER 2015 |
| **CASE TITLE** | U.S. v. DAVID STELAMCHOWSKI, et al | | JUDGE ZAGEL |

**DOCKET ENTRY TEXT**  **UNDER SEAL**  MAGISTRATE JUDGE GILBERT

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL JANUARY 2015___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ___*(signature)*___

---

BOND SET BY MAGISTRATE JUDGE TO STAND AS BOND IN THIS INSTANCE AS TO DAVID STELMACHOWSKI.

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $250,000.00 (SECURED) AS TO WILLIAM MIKAITIS.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT, WHICH EVER OCCURS FIRST.

DO NOT SEAL ARREST WARRANT.

**RECEIVED**
DEC 03 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW issued 12/4/15
15

SIGNATURE OF JUDGE ___*(signature)*___ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: NP