UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 339 |
| vs. | ) | |
| | ) | Hon. James B. Zagel |
| WILLIAM MIKAITIS | ) | |

**AGREED ORDER MODIFYING CONDITIONS OF RELEASE**

By agreement of the parties, Dr. Mikaitis's conditions of release are modified as followed:

Dr. Mikaitis is permitted leave the Northern District of Illinois on March 15, 2016 and travel to 5543 Pembroke in Santa Barbara, California where he and his wife will stay with his adult daughter, Christina Bautista. Dr. Mikaitis is required to return by March 29, 2016.

**SO ORDERED**　　　　　　　　　　　　　　　　　　　　**ENTERED: March 15, 2016**

*James B. Zagel*

_____
**James B. Zagel**
**U.S. District Court Judge**

1